# Court of Appeals
# of the State of Georgia

ATLANTA,  January 16, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1049.  TORAY PORTER v. THE STATE.**

In August 2012, Toray Porter pled guilty to armed robbery, for which he was sentenced to 15 years in confinement.  In March 2019, Porter filed a pro se extraordinary motion for out-of-time appeal, which the trial court dismissed as a nullity.  Porter appealed, but his appeal was dismissed for his failure to file a brief. *Porter v. State*, Case No. A19A2079 (decided July 1, 2019).[1]

In July 2019, Porter filed another extraordinary motion for out-of-time appeal, which the trial court denied.  Porter filed an application for discretionary appeal and this direct appeal from the trial court's order.  This Court denied his application for discretionary appeal. *Porter v. State*, Case No. A20D0101 (denied October 29, 2019). Because that denial was an adjudication on the merits, the doctrine of res judicata bars this direct appeal. See *Northwest Social & Civic Club, Inc. v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 260-261 (1) (649 SE2d 313) (2007).

---

[1] Porter also filed an application for discretionary appeal from that trial court order, which this Court dismissed as untimely.  *Porter v. State*, Case No. A19D0463 (decided May 29, 2019).

Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*  01/16/2020
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*